ANNA YOUNG MURRAY, an Infant, Respondent, v. SAMUEL GIAMBATTISTO,

Appellant.— Order entered on stipulation filed, substituting Frank Gibbons, as administrator of Samuel Giambattisto, deceased, as defendant, appellant, and continuing the action in his name. Present — Sears, P. J., Taylor Edgcomb, Thompson and Crosby, JJ.